

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et. al.

County of Residence: COOK

Plaintiff's Atty: Frank A. Marco
Gregorio & Associates
2 N. LaSalle, Suite 1650,
Chicago, IL 60602
312-263-2343

**Defendant(s)** FIRST AMERICAN FENCE, LLC. and DAVID CASTELLANOS d/b/a First American Steel, LLC.

County of Residence:
Defen

07CV6441
JUDGE GUZMAN
MAG. JUDGE NOLAN

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**
**(Diversity Cases Only)**
  Plaintiff:-N/A
  Defendant:-N/A

**IV. Origin:** 1. Original Proceeding

FILED
NOV 1 4 2007
14
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**V. Nature of Suit:** 791 E.R.I.S.A

**VI. Cause of Action:** ERISA and 29 U.S.C. 1132 and 185

**VII. Requested in Complaint**
  Class Action:
  Dollar Demand:
  Jury Demand: NO

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____
11/14/07