# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et al.  
v.  
FIRST AMERICAN FENCE, LLC. and DAVID CASTELLANOS d/b/a First American Steel, LLC.

Case Number:

**07CV6441**
**JUDGE GUZMAN**
**MAG. JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

| | |
|---|---|
| NAME (Type or print) FRANK MARCO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ | |
| FIRM GREGORIO & ASSOCIATES | |
| STREET ADDRESS 2 N. LASALLE ST., SUITE 1650 | |
| CITY/STATE/ZIP CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06205057 | TELEPHONE NUMBER (312) 263-2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

FILED NOV 14 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT