# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number:

ARCHITECTURAL IRON WORKERS' LOCAL NO. 63
WELFARE FUND, et al.
                                v.
FIRST AMERICAN FENCE, LLC. and DAVID
CASTELLANOS d/b/a First American Steel, LLC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**07CV6441
JUDGE GUZMAN
MAG. JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) | |
| MICHAEL J. MCGUIRE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ [signature] | |
| FIRM | |
| GREGORIO & ASSOCIATES | |
| STREET ADDRESS | |
| 2 N. LASALLE ST., SUITE 1650 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290180 | (312) 263-2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

FILED
11-14-07
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT