# CUNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

ARCHITECTURAL IRON WORKERS'
LOCAL NO. 63, WELFARE FUND et. Al.

Docket Number: _____

Assigned Judge: _____

Designated:

**07CV6441
JUDGE GUZMAN
MAG. JUDGE NOLAN**

v.

FIRST AMERICAN FENCE, LLC. and
DAVID CASTELLANOS d/b/a First
American Steel, LLC.
TO: (Name and address of defendant)

  First American Fence, LLC
  David Castelllanos, President.
  700 Chase Street
  Gary, Indiana 46404

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Frank A. Marco
  Gregorio & Associates
  2 North LaSalle Street, Suite 1650
  Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Michael W. Dobbins, Clerk

(by) Deputy Clerk

Date NOV 14 2007