IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' UNION LOCAL NO. 63 WELFARE PLAN, et.al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Judge Guzman ) Case No.: 07 C 6441 ) |
| FIRST AMERICAN FENCE, LLC. and DAVID CASTELLANOS d/b/a First American Steel, LLC. | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

To:  First American Fence, LLC
     David Castellanos, President
     700 Chase Street
     Gary, Indiana 46404

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Procedure 41(a)(1), Plaintiff is hereby voluntarily dismissing this action without prejudice and filing a notice of dismissal prior to service by the adverse party of an Answer or of a Motion for Summary Judgment.


                                              S/Frank A. Marco_____
                                                 Attorney for the Plaintiff

Frank A. Marco
ARDC #: 06205057
GREGORIO & ASSOCIATES
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                 ) SS
COUNTY OF COOK )

Julie King, being first duly sworn on oath, deposes and says that she served the Notice of Dismissal by depositing in the U.S. mail at Two North LaSalle Street, Chicago, IL, a true and correct copy thereof in a sealed envelope to addressee to the following person on the _____ day of November, 2007.

First American Fence, LLC
David Castellanos, President
700 Chase Street
Gary, Indiana 46404

**Under penalties as provided by law pursuant to Section 1-109 of the Code of    Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the    Statements set forth in this instrument are true and correct, except as to   Matters therein stated to be on information and belief and as to matters the    Undersigned certifies as aforesaid that he verily believes the same to be true.**

By:_____