# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Architectural Iron Workers' Local No. 63 Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:07−cv−06441

Honorable Ronald A. Guzman

First American Fence, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2007:

MINUTE entry before Judge Ronald A. Guzman :Plaintiff having filed a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1) this action is hereby dismissed without prejudice. Any pending motions or schedules are stricken as moot.Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.